# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| QUECTEL WIRELESS SOLUTIONS CO. LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, *et al.*, <br><br> *Defendants.* | Civil Action No. 26-1605 (PLF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William S. Jankowski enters his appearance as counsel for

Defendants in this matter.

Dated: July 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ William  S. Jankowski*
WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

I, William S. Jankowski, hereby certify that on July 10, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

/s/ William S. Jankowski
William S. Jankowski

*Counsel for Defendants*