UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUECTEL WIRELESS SOLUTIONS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 26-1605 (PLF)

## SCHEDULING ORDER

On May 11, 2026, plaintiff filed a complaint challenging the Department of Defense's designation of plaintiff as a "Chinese Military Company" pursuant to Section 1260H of the William M. ('Mac') Thornberry National Defense Authorization Act for Fiscal Year 2021 (Pub. L. 116-283) ("NDAA"), as amended. See Complaint [Dkt. No. 1]. Defendants' answer to the complaint is presently due on July 14, 2026. See Proof of Service [Dkt. Nos. 5-9]. On June 10, 2026, however, after the complaint was filed, the Department of Defense issued a new list of Chinese Military Companies, which again listed plaintiff as a Chinese Military Company, but changed the basis for its listing. See 91 Fed. Reg. 35189 (June 10, 2026).

On July 10, 2026, plaintiff and defendants filed a joint motion requesting the entry of a scheduling order for: (a) plaintiff to amend its complaint; (b) defendants to file a certified list of contents of the administrative record; (c) defendants to produce the administrative record to plaintiff; (d) the parties to submit cross-motions for summary judgment, (e) plaintiff to submit the parties' joint appendix; and (f) oral argument on the parties' cross-motions for summary

judgment. See Joint Motion for Scheduling Order [Dkt. No. 11]. Upon consideration of this motion, it is hereby

ORDERED that the parties' Joint Motion for Scheduling Order [Dkt. No. 11] is GRANTED; it is

FURTHER ORDERED that plaintiff shall amend its complaint; it is

FURTHER ORDERED that defendants shall file a motion for summary judgment in lieu of an answer to plaintiff's complaint; and it is

FURTHER ORDERED that filings in this matter shall be made on or before the following dates, as proposed by the parties:

| Event | Deadline |
|---|---|
| Plaintiff's Amended Complaint | August 5, 2026 |
| Defendants' Certified List of Contents of the Administrative Record | August 17, 2026 |
| Defendants' Production of Contents of the Administrative Record to plaintiff | August 17, 2026 |
| Plaintiff's Motion for Summary Judgment | September 11, 2026 |
| Defendants' Combined Cross-Motion for Summary Judgment and Opposition to plaintiff's Motion for Summary Judgment | October 2, 2026 |
| Plaintiff's Combined Reply and Opposition to defendants' Motion for Summary Judgment | October 23, 2026 |
| Defendants' Reply | November 6, 2026 |
| Plaintiff's Submission of the Parties' Joint Appendix | November 11, 2026 |

In addition, it is

2

FURTHER ORDERED that the parties shall appear for oral argument on their motions for summary judgment at 10:00 a.m. on November 24, 2026, in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 7/14/26