**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUECTEL WIRELESS SOLUTIONS CO. LTD.,<br>*Plaintiff*,<br>v.<br>UNITED STATES DEPARTMENT OF DEFENSE, *et al.*,<br>*Defendants*. | Civil Action No. 26-1605 (PLF) |

**NOTICE OF FILING OF CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Rule 7(n)(1), attached hereto is a certified list of the contents of the administrative record in this case. Defendants, through counsel, also transmitted the Administrative Record to Plaintiff's counsel on August 17, 2026.

Dated: August 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ William S. Jankowski*

WILLIAM S. JANKOWSKI
D.C. Bar No. 90021524
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 353-7578
william.s.jankowski@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, William S. Jankowski, hereby certify that on August 17, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with LCvR 5.4(d).

*/s/ William S. Jankowski*
William S. Jankowski

*Counsel for Defendants*