**Certified List of the Contents of the Administrative Record**
***Quectel Wireless Solutions Co., Ltd. v. U.S. Dep't of Def., et al.,***
**No. 1:26-cv-01605-PLF (D.D.C.)**

| | **BATES No(s).** |
|---|---|
| Action Memo for Deputy Secretary of War from Michael P. Duffey, USW(A&S), re: Public Reporting of Chinese Military Companies Operating in the United States (including Attached Notification Letters) | Quectel AR 0001-0030 |
| Notice of Availability of Designation of Chinese Military Company, 91 Fed. Reg. 35189-35194 (June 10, 2026) | Quectel AR 0031-0036 |
| DoW Releases List of Chinese Military Companies in Accordance with Section 1260H of the National Defense Authorization Act for Fiscal Year 2021 (June 8, 2026) | Quectel AR 0037-0054 |
| Quectel Wireless Solutions Co., Ltd. Report (May 12, 2026) | Quectel AR 0055-0069 |
| Email from Brian Fleming, Steptoe LLP, to Vic Ramdass re Quectel Wireless Solutions Co., Ltd., dated January 24, 2025 (including attachment entitled Quectel Request to DoD re 1260H list (01.24.2025)) | Quectel AR 0070-0072 |
| Letter from Brian Fleming, Steptoe LLP to Dr. Vic S. Ramdass, Acting Assistant Secretary of Defense for Industrial Base Policy, re Identification of Quectel Wireless Solutions Co., Ltd. Pursuant to Section 1260H of the NDAA For FY2021 – Request for Removal, dated March 24, 2025 | Quectel AR 0073-0086 |
| Email traffic between Brian Fleming, Steptoe LP, and OSD Pentagon OUSD A-S Mailbox 1260H List, re Quectel Wireless Solutions Co., Ltd. dated April 25, 2025 | Quectel AR 0087-0093 |
| Email traffic between Brian Fleming, Steptoe LLP, and OSD Pentagon OUSD A-S Mailbox 1260H List, re Quectel Wireless Solutions Co., Ltd., dated August 6, 2025 | Quectel AR 0094-0104 |
| Email traffic between Brian Fleming, Steptoe LLP, and OSD Pentagon OUSD A-S Mailbox 1260H List, re Quectel Wireless Solutions Co., Ltd., November 19, 2025 | Quectel AR 0105-0117 |
| Email traffic between Brian Fleming, Steptoe LP, and OSD Pentagon OUSD A-S Mailbox 1260H List, re Quectel Wireless | Quectel AR 0118-0133 |

| | |
|---|---|
| Solutions Co., Ltd., dated January 12, 2026 | |
| Email traffic between Brian Fleming, Steptoe LLP, and OSD Pentagon OUSD A-S Mailbox 1260H List, re Quectel Wireless Solutions Co., Ltd., dated January 13, 2026 (including attachments entitled 2026.01.13 Quectel Presentation Concerning Reconsideration Request (with Exhibit 1); 2026.01.05 Quectel Announcement re Cease and Desist Letters) | Quectel AR 0134-0163 |
| Email traffic between Brian Fleming, Steptoe LLP, and OSD Pentagon OUSD A-S Mailbox 1260H List, re Quectel Wireless Solutions Co., Ltd., dated February 20, 2026 | Quectel AR 0164-0180 |
| Email traffic between Brian Fleming, Steptoe LLP, and OSD Pentagon OUSD A-S Mailbox 1260H List, re Quectel Wireless Solutions Co., Ltd., dated March 11, 2026 (including attachment entitled Quectel Proposed Complaint) | Quectel AR 0181-0265 |
| Letter from Brian Fleming, Steptoe LP, to Michael Cadenazzi, Assistant Secretary of Defense for Industrial Base Policy, re Quectel Wireless Solutions Co., Ltd., dated March 24, 2026 | Quectel AR 0266-0268 |
| Letter from Brian Fleming, Steptoe LLP, to Michael Cadenazzi, Assistant Secretary of Defense for Industrial Base Policy, re Identification of Quectel Wireless Solutions Co., Ltd. Pursuant To Section 1260H of the NDAA for FY2021 – Request for Removal, dated April 22, 2026 | Quectel AR 0269-0272 |
| Quectel website, *Smart Modules* | Quectel AR 0273-0278 |
| LinkedIn article written by Suraj Kumar, *Quectel BG770A-SN: Ultra-Compact, 5G and NTN Ready Module Revolutionizes IOT Connectivity* | Quectel AR 0279-0285 |
| Wall Street Journal, *Negative Takes on China's Economy Are Disappearing from the Internet* | Quectel AR 0286-0290 |
| New York Times, *As China's Internet Disappears, 'We Lose Parts of Our Collective Memory'* | Quectel AR 0291-0295 |
| New York Times, *China's Censorship Dragnet Targets Critics of the Economy* | Quectel AR 0296-0302 |
| Foreign Policy Magazine, *China's Secret to Controlling the Internet* | Quectel AR 0303-0311 |

| | |
|---|---|
| S&P CapitalIQ, *Quectel Wireless Solutions Co., Ltd.* | Quectel AR 0312-0315 |
| Quectel, *Product Selector* | Quectel AR 0316-0322 |
| SAC, *Performance requirements and test methods for hands-free calling and voice interaction in road vehicles* (Mandarin) | Quectel AR 0323-0328 |
| SAC, *Performance requirements and test methods for hands-free calling and voice interaction in road vehicles* (English translation) | Quectel AR 0329-0335 |
| SAC, *5G General Module Technical Requirements (Phase II)* (Mandrin) | Quectel AR 0336-0341 |
| SAC, *5G General Module Technical Requirements (Phase II)* (English translation) | Quectel AR 0342-0347 |
| SAC, *Vehicle-mounted wireless communication terminal* (Mandarin) | Quectel AR 0348-0353 |
| SAC, *Vehicle-mounted wireless communication terminal* (English translation) | Quectel AR 0354-0360 |
| C114 website, Q*uectel Wireless Solutions joins the China Academy of Information and Communication Technology's (CAICT) "Mobile IOT Development Alliance," becoming one of the first batch of vice chairman units* (Mandarin) | Quectel AR 0361-0362 |
| C114 website, Q*uectel Wireless Solutions joins the China Academy of Information and Communication Technology's (CAICT) "Mobile IOT Development Alliance," becoming one of the first batch of vice chairman units* (English translation) | Quectel AR 0363-0365 |
| Global Mobile Suppliers Association, *CAICT* | Quectel AR 0366-0370 |
| China Briefing from Dezan Shira and Associates, *China Standards 2035 Strategy: Recent Developments and Implications for Foreign Companies* | Quectel AR 0371 |
| GSP China, *Notice from the Standardization Administration of China on Issuing the "Key Points of National Standardization Work in 2020"* (Mandarin) | Quectel AR 0372-0377 |
| GSP China, *Notice from the Standardization Administration of China on Issuing the "Key Points of National Standardization* | Quectel AR 0378-0383 |

| | |
|---|---|
| *Work in 2020"* (English translation) | |
| CKN & Clingendael Report, *Standardisation with Chinese Characteristics? The Missing Pillar in Rebooting Europe's Industrial Policy* | Quectel AR 0384-0445 |
| Standards Portal, *PRC Resources: Chinese Ministries and Agencies that Issue Standards and Regulations* | Quectel AR 0446-0448 |
| New America*, Profile: China Academy for Information and and Communications Technology (CAICT)* | Quectel AR 0449-0451 |
| Quectel website, *Products and Services* | Quectel AR 0452-0475 |
| National Electronics Society of Hungary, *Quectel Wireless Solutions* | Quectel AR 0476-0479 |
| Panjiva, *Quectel Wireless Solutions Co., Ltd. > Shipments Report* | Quectel AR 0480-0501 |
| Panjiva, *Lindsay Irrgation Solutions LLC* | Quectel AR 0502 |
| S&P Capital IQ, *Quectel Wireless Solutions Co., Ltd. Customers* | Quectel AR 0503 |
| S&P Capital IQ, *Casa Systems, Inc. Private Company* | Quectel AR 0504-0508 |
| Quectel website, *Distributors* | Quectel AR 0509-0512 |
| Pitchbook, *Arrow Electronics* | Quectel AR 0513-0530 |
| Pitchbook, *Avnet* | Quectel AR 0531-0566 |
| Pitchbook, *Connected Solutions Group* | Quectel AR 0567-0577 |
| Pitchbook, *Digi-Key* | Quectel AR 0578-0589 |
| Embedded Works website, *Contact Us* | Quectel AR 0590-0592 |
| Pitchbook, *Mouser Electronics* | Quectel AR 0593-0600 |
| The Financial Post*, Quectel announces industry-first certification of satellite communication module on Skylo network* | Quectel AR 0601-0611 |
| Pitchbook, *Verizon Communications (NYS: VZ)* | Quectel AR 0612-0675 |

| | |
|---|---|
| Verizon website, *Partners – Quectel* | Quectel AR 0676-0677 |
| Quectel website, *News & PR: Quectel receives Verizon certificate for LTE-A automotive module AG521R-NA* | Quectel AR 0678-0682 |
| Verizon Business, *Design & Build* | Quectel AR 0683-0685 |
| Quectel website, *Quectel's ultra-high bandwidth 5G R16 module certified for use on T-Mobile's 5G and LTE-A networks* | Quectel AR 0686-0690 |
| Quectel Communications, 2022 Annual Report (Mandarin) | Quectel AR 0691-0970 |
| Quectel Communications, 2022 Annual Report (English translation) | Quectel AR 0971-1329 |