**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUECTEL WIRELESS SOLUTIONS CO. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | No. 1:26-CV-01605-PLF |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Kathryn Collins, certify as follows:

1. I currently serve as Deputy Director, Global Investment and Economic Security, now known as Industrial and Investment Security (I2S), Office of the Assistant Secretary of War for Industrial Base Policy, Office of the Under Secretary of War for Acquisition and Sustainment, Department of War (DoW or the Department).

2. I have been a I2S government employee since 2024. Between 2020 and 2024, I served as a contractor in I2S supporting various I2S economic security missions. In addition to other unrelated duties, I supervise the research of companies for the list that the Department prepares in compliance with Section 1260H of Public Law No. 116-283, the William M. ("Mac") Thornberry National Defense Authorization Act for Fiscal Year 2021 (Section 1260H list). The Section 1260H list identifies entities that are operating directly or indirectly in the United States as a "Chinese military company," as defined under the statute. As such, I am authorized

to certify which documents were referenced by I2S in its analysis of companies for the Section 1260H list.

3. The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4. The end notes of the Quectel Wireless Solutions Co., Ltd. (Quectel) report contained in the administrative record state that the following documents are in Mandarin: Standards Administration of China (SAC), *Performance requirements and test methods for hands-free calling and voice interaction in road vehicles*, SAC, *5G General Module Technical Requirements (Phase II)*, SAC, *Vehicle-mounted wireless communication terminal*, C114 website, *Quectel Communications joins the "Mobile Internet of Things Development Array" of CAICT and becomes the first batch of vice chairman units*, and GSP China, *Notice from the Standardization Administration of the China on Issuing the "key Points of National Standardization Work in 2020*. The relevant webpages from which these documents were taken were in Mandarin, but the webpage translations were completed with the Google webpage translate functions that were available via the Chrome and Edge webpage browsers. The Department has provided the English version of those documents as translated by the Google webpage translation functions in the Administrative Record. The Department is not aware of any relevant substantive material from these documents that has been lost in the translation process.

5. The webpages for the source entitled Quectel Communications, 2022 Annual Report that begins on AR0691 were in Mandarin and the webpage translations were completed with the Google webpage translate functions that were available via the Chrome and Edge webpage browsers. This source was reviewed

by the Department; however, it was not ultimately relied on in the Quectel report. The Department has provided the English version of that document as translated by the Google webpage translation functions in the Administrative Record. The Department is not aware of any relevant substantive material from the document that has been lost in the translation process. The Department determined that names Quectel Wireless Solutions Co., Ltd. and Quectel Communications Technology Co., Ltd. were interchangeable due to the same Shanghai Stock Exchange symbol: 603236 used for both name variations.

6. Endnote 23 of the Quectel report cites the title of Chapter 3 of the Clingendael Report, i.e., *China's Rise as a Standards Power: The Basis of Long-term Dominance* (Quectel AR 0384), because the Department referenced information from that chapter during its analysis. The Certified List cites the title of the full Clingendael report in which Chapter 3 is located.

7. The title of the source cited in Endnotes 31-34 of the Quectel report were machine translated to both *Quectel Communications joins the "Mobile Internet of Things Development Array" of CAICT and becomes the first batch of vice chairman units* and *Quectel Wireless Solutions joins the China Academy of Information and Communication Technology's (CAICT) "Mobile IOT Development Alliance," becoming one of the first batch of vice chairman units*. The content of this source has not changed and the names Quectel Wireless and Quectel Communications appear to be interchangeable in the machine translations. AR0361-0365 is the latest version of the web citation referenced in Endnotes 31-34.

8. Endnote 44 of the Quectel report cites the title of the Panjiva source as *Quectel Wireless Solutions Co., Ltd. > Consignee.* The entity referenced in

Panjiva source, Lindsay Irrigation Solutions Llc., is the Consignee that was the top importer of goods from Quectel in the United States.

9. Endnote 50 of the Quectel report cites the title of the Pitchbook source as *CSG* (Quectel AR 0567). The Certified List cites the title of the Pitchbook document as Connected Solutions Group.

10. The following pages in the administrative record are blank due to the process of downloading and saving webpages to a PDF file: Quectel AR 0493-0501 and 0508. There was no relevant information on these pages for the Department to review as part of its analysis of the Quectel report.

11. Page 6 of the Quectel report contains a scrivener's error in which the Department included the word "not" in the statement "Despite Quectel's claims to the contrary, the Department identified new information that demonstrates that Quectel is not affiliated with the MIIT." This inclusion of the word "not" was a minor clerical error as evidenced by the information that follows the main bullet located on page 6. The Department did find new information regarding Quectel's affiliation with MIIT and used that information to determine that Quectel was affiliated with MIIT.

12. I hereby certify to the best of my knowledge and belief that the documents in the attached administrative record and described in the attached certified list of the contents of the administrative record constitute a true, correct, and complete copy of the documents that were directly or indirectly considered in connection with DoW's decision to identify Plaintiff on the Section 1260H list.

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:

COLLINS.KATHRYN.ANNE.1506937392

Digitally signed by COLLINS.KATHRYN.ANNE.1506937392
Date: 2026.08.14 08:37:12 -04'00'

Kathryn Collins
Deputy Director
Industrial and Investment Security (I2S)
Office of the Assistant Secretary of War for Industrial Base Policy, Office of the Under Secretary of War for Acquisition and Sustainment